# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM BRUMFIELD

VERSUS

TOM DARRICK BERRY AND
CHARLOTTE ANNETTE GREEN

NO.   2023 CW 1264

**FEBRUARY 16, 2024**

---

In Re:     Tom  Darrick  Berry,  applying  for  supervisory  writs,
           19th  Judicial  District  Court,  Parish  of  East  Baton
           Rouge, No. 731680.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT  GRANTED.**  The  trial  court's  September  25,  2023
judgment  declaring  William  Brumfield  to  be  the  true  and  lawful
owner  of  the  real  property  located  at  5204  Evangeline  Street,
Baton  Rouge,  Louisiana  70805  and  permanently  enjoining  Tom  Berry
from  taking  any  action  to  deprive,  remove,  dispossess  or
otherwise  interfere  with  the  ownership  and/or  occupancy  rights
of  William  Brumfield  is  vacated.   The  transcript  of  the  August
15,  2023  hearing  does  not  reflect  a  stipulation  that  Brumfield's
petition  for  declaratory  relief  would  also  be  tried  at  the
preliminary  injunction  hearing.   Court  records  do  not  reflect
notice  that  the  declaratory  judgment  claim  had  been  set  for
hearing.   A  suit  for  declaratory  judgment  is  an  ordinary
proceeding.  **Singleton v. East Baton Rouge Parish School Board,**
2022-0667  (La.  App.  1st  Cir.  9/16/22),  353  So.3d  164,  172-74.

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT